# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE MONTELONGO, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF MODESTO, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-01605-TLN-BAM<br><br>ORDER REGARDING PENDING MOTIONS TO COMPEL DISCOVERY AND RELATED MOTIONS<br><br>(Doc. Nos. 34, 42, 47)<br><br>ORDER MODIFYING SCHEDULING ORDER DEADLINES<br><br>(Doc. No. 29) |

The three adult plaintiffs, five minor plaintiffs and their two guardians ("Plaintiffs) initiated this excessive force action against Defendants Officer Dave Wallace and the City of Modesto ("Defendants") on October 20, 2015. Currently pending before this Court are the following motions to compel discovery filed by the parties in this action: (1) Defendants' Motion to Compel Rule 35 Examinations and Medical Releases; (2) Plaintiffs' Motion to Compel Response to Request for Production of Documents to Defendant City (Set One); and (3) Plaintiffs' Motion to Compel Response to Request for Production of Documents to Defendant City (Set Two).[1] (Doc. Nos. 34, 42, 47.)

To address the multiple motions, the Court conducted a telephonic discovery conference with counsel for the parties on May 2, 2018. At the conference, the Court directed counsel for

---

[1] Additionally, there are two related motions pending before District Judge Troy L. Nunley: (1) Defendants' motion for terminating sanctions; and (2) Plaintiffs' motion to modify the Court's Scheduling Order. (Doc. Nos. 35, 39.)

1

all parties, along with the City Attorney for the City of Modesto, to personally appear on May 25, 2018, before the undersigned in order to meet and confer to resolve the pending discovery motions. (Doc. No. 52.) On May 25, 2018, the Court held a second discovery conference with the parties. Plaintiffs' counsel DeWitt Lacy, K. Chike Odiwe and John Burris personally appeared. Defendants' counsel Blake Loebs, David Mehretu and Robert Moutrie personally appeared. City Attorney for the City of Modesto, Adam Lindgren, appeared by telephone with permission of the Court.

Following a brief discussion with the Court, counsel for all parties engaged in extensive off-the-record meet and confer efforts. As a result of those efforts, the parties have reached an agreement on the outstanding discovery disputes and on modification of the dates in the Court's Scheduling Order. As stated on the record, the parties also have agreed to a protective order that will be submitted for the Court's approval and have stipulated to dates for the completion of various depositions, responses to and production of written discovery, medical examinations, and medical releases. Additionally, the parties have agreed to withdraw all pending discovery motions, along with the motion for terminating sanctions and the motion to modify the Court's scheduling order, which are pending before District Judge Troy L. Nunley.

Accordingly, based on the agreement of the parties, as stated on the record, and for good cause shown, IT IS HEREBY ORDERED as follows:

1. The hearing dates are VACATED for the pending discovery motions (Doc. Nos. 34, 42, 47), motion for terminating sanctions (Doc. No. 35) and motion to modify the scheduling order (Doc. No. 39). The parties are DIRECTED to file formal notices to withdraw the pending discovery motions (Doc. Nos. 34, 42, 47), motion for terminating sanctions (Doc. No. 35) and motion to modify the scheduling order (Doc. No. 39) **on or before June 1, 2015**;

2. All dates in the Court's Pretrial Scheduling Order issued on October 26, 2017, are VACATED.

3. The Pretrial Scheduling Order is MODIFIED as follows:
   Deadline to Complete Non-Expert Discovery:        **November 1, 2018**

| | | |
|---|---|---|
| Expert Disclosure Deadline: | | **December 3, 2018** |
| Supplemental Expert Disclosure Deadline: | | **January 11, 2019** |
| Deadline to Complete Expert Discovery: | | **January 31, 2019** |
| Dispositive Motion Filing Deadline: | | **February 28, 2019** |
| Dispositive Motion Hearing | Date: | **March 29, 2019** |
| | Time: | **2:00 PM** |
| | Dept.: | **Courtroom 2 (TLN)**[2] |

4. The parties are DIRECTED to meet and confer regarding dates for the Pretrial Conference and Trial. The parties shall submit the agreed upon dates to the Court for approval **on or before June 15, 2018**.

5. All further discovery disputes, if any, shall be submitted to Magistrate Judge Barbara A. McAuliffe through the Court's informal discovery process.

IT IS SO ORDERED.

Dated: __**May 25, 2018**__          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE

---

[2] Or as may be reset by District Judge Nunley.

3