Adam U. Lindgren, City Attorney (SBN: 177476)
CITY OF MODESTO
1010 10th Street, Suite 6300
PO BOX 642
Modesto, CA 95353
Telephone: (209) 577-5284
Facsimile: (209) 544-8260

Blake P. Loebs (SBN: 145790)
bloebs@meyersnave.com
David Mehretu (SBN: 269398)
dmehretu@meyersnave.com
Robert S. Moutrie (SBN: 295250)
rmoutrie@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants City of Modesto and
Dave Wallace

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSE MONTELONGO, an individual; VICTORIA MONTELONGO, an individual; THERESA LOZANO, an individual; J.M., a minor, by and through his Guardian Ad Litem, RUBY MORALES; E.M., a minor, by and through his Guardian Ad Litem, RUBY MORALES; ALE. M., a minor by and through her Guardian Ad Litem, ADOLFO GONZALEZ; ALI. M., a minor by and through her Guardian Ad Litem, ADOLFO GONZALEZ; ALA. M., a minor by and through her Guardian Ad Litem, ADOLFO GONZALEZ,<br><br>      Plaintiffs,<br><br>    v.<br><br>The CITY OF MODESTO, a municipal corporation; DAVE WALLACE, individually and in his capacity as an officer for the CITY OF MODESTO Police Department; and DOES 1-25,<br><br>      Defendants. | Case No. 1:15-CV-01605-TLN-BAM<br><br>**STIPULATION AND ORDER TO MODIFY PRE-TRIAL DATES**<br><br>Trial Date: January 13, 2020 |

# STIPULATION

The Parties in the above-entitled action, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On May 25, 2018, the Parties participated in a discovery conference at the Court before the Honorable Magistrate Judge Barbara A. McAuliffe (the "Conference"). (*See* Dkt. 54.)

2. At the Conference, the Parties agreed to various exchanges of discovery, deadlines for same, and dates for various depositions, including the deposition of Defendant Officer Dave Wallace, which the Parties agreed to schedule for a day during the last two weeks of August, subject to Officer Wallace's availability.

3. Following the Conference, the Parties agreed to set Officer Wallace's deposition for August 29, 2018 after confirming he would be available on that date.

4. At the time of the Conference, and at the time the Parties agreed on the August 29th date for Officer Wallace's deposition, Defendants intended for lead counsel for Defendants to defend Officer Wallace's deposition.

5. Due to the sudden and unexpected serious health issues related to lead counsel for Defendants, which are expected to persist for at least several months, lead counsel will no longer be able to defend Officer Wallace's deposition. Defendants only learned about lead counsel's health issues and corresponding unavailability after agreeing to the August 29th date for Officer Wallace's deposition.

6. Although Defendants' other primary counsel, David Mehretu, was (and is) scheduled to take the depositions of the six remaining un-deposed Plaintiffs in the action in the first half of August, he has longstanding plans that will have him out of the state during the last two weeks of August, including August 29th, which is the date the Parties agreed to hold Officer Wallace's deposition, under the assumption that such deposition would be defended by lead counsel for Defendants.

7. As a result of lead counsel's health issues and corresponding unavailability to defend Officer Wallace's deposition, and Mr. Mehretu's unavailability at that time as well,

Defendants requested that Plaintiffs agree to reschedule Officer Wallace's deposition on a day three to four weeks later, during the period of September 17 to 28, 2018.

8. Plaintiffs agreed to reschedule Officer Wallace's deposition to a day during such period in September on the condition that the subsequent pre-trial dates would also be continued by an appropriate period of time.

9. In addition to their desire to modify the pretrial schedule to accommodate the rescheduling of Officer Wallace's deposition, the Parties believe that the pretrial schedule should also be modified to allow the Parties additional time to complete the anticipated fact and expert disclosures and discovery and to complete the dispositive motion practice. The Parties believe such additional time is appropriate because of at least two contemporaneous major jury trials during the pretrial period as well as other scheduling conflicts specific to each counsel.

10. Based on the foregoing, the Parties respectfully request that the following pretrial dates be rescheduled as follows:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Fact discovery cut-off | November 1, 2018 | December 15, 2018 |
| Expert witness disclosures | December 3, 2018 | February 7, 2019 |
| Supplemental/rebuttal expert disclosures | January 11, 2019 | March 14, 2019[1] |
| Close of expert discovery | January 31, 2019 | April 12, 2019 |
| Last day to file dispositive motions | February 28, 2019 | July 18, 2019[2] |
| Deadline for hearing of dispositive motions | April 4, 2019 | August 15, 2019[3] |

---

[1] Counsel for Defendants has a three-week jury trial in Stanislaus Superior Court.

[2] Counsel for Defendants has a three-week jury trial in the Northern District of California in May, 2019.

[3] Or as may be reset by District Judge Troy L. Nunley.

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRE-TRIAL DATES

1.     11.     No modification of the dates for the Final Pretrial Conference and commencement date for Trial, currently scheduled for October 31, 2019 and January 13, 2020, respectively, would be necessary.

    12.     Based on the foregoing, the Parties respectfully request that the Court modify the pre-trial dates as requested above.

IT IS SO STIPULATED.

DATED: July 18, 2018                   Respectfully submitted,

                                           MEYERS, NAVE, RIBACK, SILVER & WILSON

By:    /S/ David Mehretu
       David Mehretu
       Attorneys for Defendants City of Modesto and Dave Wallace

DATED: July 18, 2018                   THE LAW OFFICES OF JOHN L. BURRIS

By:    /S/ DeWitt M. Lacy
       DeWitt M. Lacy
       Attorneys for Plaintiffs

**Attestation of Concurrence In The Filing**

The filer, David Mehretu, attests that all other signatories listed on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the stipulation of the Parties, which is recited above, and good cause in support thereof, the following pretrial dates are modified as follows:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Fact discovery cut-off | November 1, 2018 | December 15, 2018 |
| Expert witness disclosures | December 3, 2018 | February 7, 2019 |
| Supplemental/rebuttal expert disclosures | January 11, 2019 | March 14, 2019[4] |
| Close of expert discovery | January 31, 2019 | April 12, 2019 |
| Last day to file dispositive motions | February 28, 2019 | July 18, 2019[5] |
| Deadline for hearing of dispositive motions | April 4, 2019 | August 15, 2019[6] |

Pursuant to the Court's June 15, 2018 Minute Order (Dkt. 58), the Final Pretrial Conference and commencement date for Trial, shall remain set for October 31, 2019 and January 13, 2020, respectively.

///
///
///
///
///
///
///
///

---

[4] Counsel for Defendants has a three-week jury trial in Stanislaus Superior Court.

[5] Counsel for Defendants has a three-week jury trial in the Northern District of California in May, 2019.

[6] Or as may be reset by District Judge Troy L. Nunley.

4
STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRE-TRIAL DATES

Based upon the parties' representation of Counsel's health, the Court finds good cause to continue the dates. The parties are advised that further modification of the Scheduling Order will not be entertained by the Court absent a demonstrated and specific showing of good cause. Wholesale modification of dates will not be considered. The parties are further advised that the press of business or engaging in settlement discussions generally are not considered good cause.

IT IS SO ORDERED.

Dated: **July 19, 2018**           /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE