# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE MONTELONGO, et al., | Case No. 1:15-cv-01605-TLN-BAM |
| Plaintiffs, | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO APPEAR |
| v. | |
| CITY OF MODESTO, et al., | |
| Defendants. | |

ORDER to SHOW CAUSE to counsel for Plaintiffs Jesse Montelongo, et al.

Attorney DeWitt Marcellus Lacy is ORDERED TO SHOW CAUSE why this Court should not impose sanctions for his failure to appear at the telephonic status conference held on August 27, 2018, as his non-appearance is delaying this case. The Court notes that this is not the first occasion during which counsel's conduct has resulted in a delay of these proceedings. In addition to his wholesale failure to appear on August 27, 2018, Attorney Lacy also appeared late to the previous telephonic status conference held on August 20, 2018.

Attorney Lacy is reminded that telephonic appearances and conferences are permitted by the Court solely as an accommodation to counsel. Attorney Lacy is therefore notified that any future dilatory conduct on his part may result in mandatory personal appearances at all future conferences or hearings in this action.

Based on the failure to appear, Attorney Lacy shall respond to this Order to Show Cause, in writing, no later than **Thursday, August 30, 2018**. Attorney Lacy is further ADMONISHED

1

that the failure to timely respond may result in the imposition of sanctions, including dismissal of this action.

IT IS SO ORDERED.

Dated: **August 27, 2018**      /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE