Adam U. Lindgren, City Attorney (SBN: 177476)
CITY OF MODESTO
1010 10th Street, Suite 6300
PO BOX 642
Modesto, CA 95353
Telephone: (209) 577-5284
Facsimile: (209) 544-8260

Blake P. Loebs (SBN: 145790)
bloebs@meyersnave.com
David Mehretu (SBN: 269398)
dmehretu@meyersnave.com
Robert S. Moutrie (SBN: 295250)
rmoutrie@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants City of Modesto and Dave Wallace

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSE MONTELONGO, an individual; VICTORIA MONTELONGO, an individual; THERESA LOZANO, an individual; J.M., a minor, by and through his Guardian Ad Litem, RUBY MORALES; E.M., a minor, by and through his Guardian Ad Litem, RUBY MORALES; ALE. M., a minor by and through her Guardian Ad Litem, ADOLFO GONZALEZ; ALI. M., a minor by and through her Guardian Ad Litem, ADOLFO GONZALEZ; ALA. M., a minor by and through her Guardian Ad Litem, ADOLFO GONZALEZ, <br><br> Plaintiffs, <br><br> v. <br><br> The CITY OF MODESTO, a municipal corporation; DAVE WALLACE, individually and in his capacity as an officer for the CITY OF MODESTO Police Department; and DOES 1-25, <br><br> Defendants. | Case No. 1:15-CV-01605-TLN-BAM <br><br> **STIPULATION AND ORDER RE: IMEs FOR PLAINTIFF JESSE MONTELONGO** <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Trial Date: January 13, 2020 |

# **STIPULATION**

The Parties in the above-entitled action, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On May 25, 2018, the Parties participated in a discovery conference at the Court before the Honorable Magistrate Judge Barbara A. McAuliffe for the purpose of resolving certain discovery disputes (the "Conference"). (*See* Dkt. 54.)

2. At the Conference, the Parties agreed, *inter ali*, to scheduling certain discovery including Independent Medical Examinations ("IMEs") for Plaintiff Jesse Montelongo, the then remaining depositions for Plaintiffs, and for Defendants' production of documents.

3. Although the depositions of Plaintiffs thereafter occurred as agreed by the Parties, the agreed upon IMEs had to be cancelled because Plaintiff Jesse Montelongo had been taken into custody.

4. As a result of the Mr. Montelongo's unavailability for the scheduled IMEs, Defendants informed Plaintiffs that they believed their deadline to produce documents should be continued to after the IMEs were completed. Plaintiffs did not agree that such a continuance was necessary or justified (the "IME Scheduling Dispute").

5. On August 13, 2018, the Parties filed status reports concerning the progress of discovery in the case following the Conference. (*See* Dkts. 67 and 68.) Both Parties addressed the IME Scheduling Dispute, *inter alia*, in their respective statements.

6. On August 20, 2018, the Parties participated in a telephonic status conference regarding discovery before the Honorable Magistrate Judge Barbara A. McAuliffe at which time the IME Scheduling Dispute was discussed (the "8/20 Status Conference"). (*See* Dkt. 70.)

7. The Court, *inter alia*, ordered the Parties to meet and confer regarding arranging for the IMEs to be conducted while Mr. Montelongo is in custody and new dates for the IMEs, and ordered Defendants to determine if there were non-incident related documents that could be produced prior to the IMEs being completed. The Court ordered the Parties to appear for a subsequent telephone status conference regarding the matters discussed during the 8/20 Status Conference.

8.  Following the 8/20 Conference, the Parties cooperated toward arranging the IMEs to be conducted in the facility where Mr. Montelongo is in custody, and Defendants obtained dates from the practitioners retained by Defendants to conduct the IMEs.

9.  On August 27, 2018, the Court held a subsequent telephonic status conference regarding the IME Scheduling Dispute (the "8/27 Status Conference"). (*See* Dkt. 72.) Counsel for Defendants provided the Court with the dates for which the IME practitioners are available for conducting the IMEs in the correctional facility housing Mr. Montelongo. Counsel for Defendants also described the non-incident related documents Defendants are willing to produce even before the IMEs have been completed. Counsel for Defendants represented to the Court that Defendants would produce such documents to Plaintiffs. Counsel for Defendants has represented to counsel for Plaintiffs that Defendants intend to produce such documents by COB Friday August 31, 2018.

10.  At the 8/27 Status Conference, the Counsel for Defendants understood that the Court indicated that based on the availability of the IME practitioners, the IMEs should be completed between October 16, 2018 and November 30, 2018.

11.  The Parties agree that the IMEs for Jesse Montelongo shall be completed at the correctional facility in which Mr. Montelongo is housed, by the practitioners retained by Defendants – Dr. Berg and Dr. Britton – and pursuant to the IME protocols previously provided to Plaintiffs by Defendants (except that the dates, location, and times for the IMEs shall not be inconsistent with this stipulation and any corresponding Court order). The Parties further agree that in the absence of an agreement by the Parties setting a different date, the psychological IME shall be completed by Dr. Berg on one of the following dates: October 31, 2018, November 14, 2018, or November 16, 2018. The Parties further agree that in the absence of an agreement by the Parties setting a different date, the physical IME shall be completed by Dr. Britton on one of the following dates: October 16, 2018, October 17, 2018 or October 31, 2018. The Parties further agree that notwithstanding any agreement by the Parties to modified such dates, the IMEs shall be completed between October 16, 2018 and November 30, 2018.

12.  The Parties request that the Court issue an order, ordering the IMEs to be completed consistent with the foregoing.

13. Plaintiffs have requested that the Court continue the close of fact discovery until February 1, 2019. Defendants do not oppose this request.

IT IS SO STIPULATED.

DATED: August 31, 2018  Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON

By:     /S/ David Mehretu
    David Mehretu
    Attorneys for Defendants City of Modesto and
    Dave Wallace

DATED: August 31, 2018  THE LAW OFFICES OF JOHN L. BURRIS

By:     /S/ DeWitt M. Lacy
    DeWitt M. Lacy
    Attorneys for Plaintiffs

**Attestation of Concurrence In The Filing**

The filer, David Mehretu, attests that all other signatories listed on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

///

///

///

## ORDER AND MODIFICATION OF DISCOVERY CUT OFF

IT IS HEREBY ORDERED that, pursuant to the stipulation of the Parties, which is recited above, and good cause in support thereof:

1. Plaintiff Jesse Montelongo is ordered to submit to both a physical and psychological independent medical examination ("IME") pursuant to Rule 35 of the Federal Rules of Civil Procedure as the Parties' stipulation as follows:

2. The IMEs shall be completed at the correctional facility in which Mr. Montelongo is housed, by the practitioners retained by Defendants – Dr. Berg and Dr. Britton – and pursuant to the IME protocols previously provided to Plaintiffs by Defendants (except that the dates, location, and times for the IMEs shall not be inconsistent with the Parties' stipulation and this Order).

3. In the absence of an agreement by the Parties setting a different date, the psychological IME shall be completed by Dr. Berg on one of the following dates: October 31, 2018, November 14, 2018 or November 16, 2018. In the absence of an agreement by the Parties setting a different date, the physical IME shall be completed by Dr. Britton on one of the following dates: October 16, 2018, October 17, 2018 or October 31, 2018. Notwithstanding any agreement by the Parties to modify such dates, the IMEs shall be completed between October 16, 2018 and November 30, 2018.

4. In the event that Mr. Montelongo is no longer in custody on any date for which an IME is scheduled pursuant to this Order, the IME shall be conducted at a location as determined by Defendants in either Modesto, California or in the Bay Area of California (including San Francisco, Oakland, San Jose).

5. Mr. Montelongo shall be solely responsible for ensuring his attendance at the IMEs pursuant to this Order.

6. Within the earlier of (i) five court days after the completion of both IMEs, or (ii) December 7, 2018, the Parties shall file a joint status report to the Court apprising the Court of the status of the IMEs and whether the Parties believe there is any need for a conference with the Court to address the IMEs or any aspect of this Order.

7. In the event Defendants do not raise in the status report any concerns about the

1 | completion of the IMEs or Mr. Montelongo's cooperation in the administration of the IMEs,
2 | Defendants shall proceed with their production of documents, including those that are incident
3 | related, within seven (7) days of filing the status report.

8. Based upon a showing of good cause, fact discovery cut off is continued to February 1, 2019. **All other dates in the scheduling order not in conflict with this date remain unchanged.**

IT IS SO ORDERED.

Dated: **September 6, 2018**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE