# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE MONTELONGO, an individual; VICTORIA MONTELONGO, an individual; THERESA LOZANO, an individual; J.M., a minor, by and through his Guardian Ad Litem, RUBY MORALES; E.M., a minor, by and through his Guardian Ad Litem, RUBY MORALES; ALE. M., a minor by and through her Guardian Ad Litem, ADOLFO GONZALEZ; ALI. M., a minor by and through her Guardian Ad Litem, ADOLFO GONZALEZ; ALA. M., a minor by and through her Guardian Ad Litem, ADOLFO GONZALEZ;<br><br>                   Plaintiff,<br><br>vs.<br><br>The CITY OF MODESTO, a municipal corporation; DAVE WALLACE, individually and in his capacity as an officer for the CITY OF MODESTO Police Department; and DOES 1-25, inclusive, individually and in their capacities as law enforcement agents and/or personnel for the CITY OF MODESTO Police Department;<br><br>                   Defendants. | Case No.: 1:15-cv-01605-TLN-BAM<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Judge:  Hon. Troy L. Nunley<br>Date:   September 5, 2019<br>Time:  2:00 p.m.<br>Crtrm:  2, 15th Floor<br><br>**Trial Date: January 13, 2020** |

Plaintiffs' request to file under seal certain documents in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment is GRANTED. The Clerk is directed to file the following UNDER SEAL:

1) A true and correct copy of excerpts from the deposition of Plaintiff Victoria Montelongo, taken in this matter on August 8, 2018, **"Exhibit B"** to Plaintiffs' Opposition;
2) A true and correct copy of excerpts from the deposition of Plaintiff Alina Alvarado, taken in this matter on August 8, 2018, **"Exhibit C"** to Plaintiffs' Opposition;

3) A true and correct copy of Officer Michael Callahan's Body Camera footage on the date of the subject incident, **"Exhibit E"** to Plaintiffs' Opposition;

4) A true and correct recording of a 911 call made by Teresa Lozano on October 17, 2014, "First 911 Call," **"Exhibit F"** to Plaintiffs' Opposition;

5) A true and correct recording of a second 911 call made by Teresa Lozano on October 17, 2014, "Second 911 Call," **"Exhibit G"** to Plaintiffs' Opposition;

6) A true and correct recording of a dispatch call on October 17, 2014, Bates stamped ML000046, **"Exhibit I"** to Plaintiffs' Opposition;

7) A true and correct copy of a transcription of Officer Michael Callahan's Statement to Detective Michael Hicks, at page 3, **"Exhibit J"** to Plaintiffs' Opposition;

8) A true and correct copy of a transcription of Defendant Dave Wallace's statement to Detective Rafael Vega, at page 18, **"Exhibit K"** to Plaintiffs' Opposition;

9) A true and correct copy of Defendant Dave Wallace's Body Camera footage on the date of the subject incident, **"Exhibit O"** to Plaintiffs' Opposition.

The documents are to remain sealed unless and until further order of this Court.

IT IS SO ORDERED.

Dated: September 3, 2019

Troy L. Nunley
United States District Judge