Jose M. Sanchez, City Attorney (SBN: 238467)
CITY OF MODESTO
1010 10th Street, Suite 6300
PO BOX 642
Modesto, CA 95353
Telephone: (209) 577-5284
Facsimile: (209) 544-8260

Deborah J. Fox (SBN: 110929)
dfox@meyersnave.com
David Mehretu (SBN: 269398)
dmehretu@meyersnave.com
MEYERS NAVE
1999 Harrison Street, 9th Floor
Oakland, California 94612
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
City of Modesto and Dave Wallace

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE MONTELONGO, an individual; VICTORIA MONTELONGO, an individual; THERESA LOZANO, an individual; J.M., a minor, by and through his Guardian Ad Litem, RUBY MORALES; E.M., a minor, by and through his Guardian Ad Litem, RUBY MORALES; ALE. M., a minor by and through her Guardian Ad Litem, ADOLFO GONZALEZ; ALI. M., a minor by and through her Guardian Ad Litem, ADOLFO GONZALEZ; ALA. M., a minor by and through her Guardian Ad Litem, ADOLFO GONZALEZ,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>The CITY OF MODESTO, a municipal corporation; DAVE WALLACE, individually and in his capacity as an officer for the CITY OF MODESTO Police Department; and DOES 1-25,<br><br>　　　　Defendants. | Case No. 1:15-CV-01605-TLN-BAM<br><br>**STIPULATION AND ORDER REGARDING JOINT STATUS REPORT**<br><br>Assigned to: District Judge Troy L. Nunley<br>Referred to: Magistrate Judge Barbara A. McAuliffe<br><br>Trial Date: Not yet set |

# STIPULATION

Defendants the City of Modesto and Officer Dave Wallace ("Modesto" or the "City") and Plaintiff Jesse Montelongo ("Montelongo") (together, the "Parties") in the above-entitled action, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On **August 29, 2019**, briefing was completed on the City's Motion for Summary Judgment (Dkt. 86), with the filing of the City's reply brief (Dkt. 94).

2. On **June 15, 2021**, the Court issued its Order on the City's summary judgment motion, in which it dismissed all of the plaintiffs besides Montelongo, and dismissed all claims besides Montelongo's use of force claims under Section 1983 and the Bane Act, respectively (Dkt. 100) ("Order").

3. In the Order, the Court also ordered the Parties to file a Joint Status Report indicating the Parties' readiness to proceed to trial and with proposed trial dates by **July 15, 2021**.

4. Having received the Order, the Parties wish to meet and confer regarding the most efficient means of proceeding with this case, including exploring settlement proceedings, such as a settlement conference (if available) or mediation. However, in order to obtain authority to do so on the part of the City, several stakeholders within the City must be consulted and apprised of the status of this case, and authorization must ultimately be obtained from the City Council.

5. To facilitate this process, the Parties request a 30-day extension of their deadline to file the Joint Status Report, up to **August 16, 2021**, and request leave of Court to file as their Joint Status Report a request for referral to a Magistrate Judge for a Settlement Conference should the Parties agree to pursue settlement at this time instead of trial.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| DATED: July 6, 2021 | Respectfully submitted, | |
| | MEYERS NAVE | |
| | By: _/s/ David Mehretu_ | |
| | DAVID MEHRETU | |
| | Attorneys for Defendants | |
| | CITY OF MODESTO and DAVE WALLACE | |
| DATED: July 6, 2021 | THE LAW OFFICES OF JOHN L. BURRIS | |
| | By: _/s/ Dewitt M. Lacy_ | |
| | DEWITT M. LACY | |
| | Attorneys for Plaintiff | |
| | JESSE MONTELONGO | |

**Attestation of Concurrence In The Filing**

The filer, David Mehretu, attests that all other signatories listed on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the stipulation of the Parties, which is recited above, and good cause in support thereof, the Parties shall have a 30 day extension of their deadline to file the Joint Status Report, up until **August 16, 2021**, and the Parties may file a request for referral of this Case to a Magistrate Judge for a Settlement Conference rather than proposed trial dates should the Parties agree to pursue settlement at this time instead of trial.

**IT IS SO ORDERED.**

Dated: July 6, 2021

Troy L. Nunley
United States District Judge