Jose M. Sanchez, City Attorney (SBN: 238467)
CITY OF MODESTO
1010 10th Street, Suite 6300
PO BOX 642
Modesto, CA  95353
Telephone: (209) 577-5284
Facsimile: (209) 544-8260

Deborah J. Fox (SBN: 110929)
dfox@meyersnave.com
David Mehretu (SBN: 269398)
dmehretu@meyersnave.com
MEYERS NAVE
1999 Harrison Street, 9th Floor
Oakland, California 94612
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
CITY OF MODESTO AND DAVE
WALLACE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE MONTELONGO, an individual; VICTORIA MONTELONGO, an individual; THERESA LOZANO, an individual; J.M., a minor, by and through his Guardian Ad Litem, RUBY MORALES; E.M., a minor, by and through his Guardian Ad Litem, RUBY MORALES; ALE. M., a minor by and through her Guardian Ad Litem, ADOLFO GONZALEZ; ALI. M., a minor by and through her Guardian Ad Litem, ADOLFO GONZALEZ; ALA. M., a minor by and through her Guardian Ad Litem, ADOLFO GONZALEZ, <br><br> Plaintiffs, <br><br> v. <br><br> The CITY OF MODESTO, a municipal corporation; DAVE WALLACE, individually and in his capacity as an officer for the CITY OF MODESTO Police Department; and DOES 1-25, <br><br> Defendants. | Case No. 1:15-CV-01605-TLN-BAM <br><br> **JOINT STATUS REPORT** <br><br><br> Trial Date:      Not yet set |

1     Defendants the City of Modesto and Officer Dave Wallace ("Modesto" or the

2  "City") and Plaintiff Jesse Montelongo ("Montelongo") (together, the "Parties")

3  respectfully submit this Joint Status Report pursuant to the Court's Order dated August 6,

4  2021, ordering the Parties file a Joint Status Report, indicating the Parties' readiness to

5  proceed to trial or request a settlement conference, by September 16, 2021.  (Dkt. 103.)

6     1.     The Parties have been unable to reach settlement of this case and agree that

7  any attempt to reach a settlement of this case at this time, including through a settlement

8  conference, will be unfruitful.  The Parties, therefore, wish to proceed to trial of this case.

9     2.     Although the Parties are mindful of the impact that the COVID 19 pandemic

10  has had on the Court's calendar – and that, as a result, a trial date within the next 6 to 12

11  months might not be feasible – the Parties are ready to proceed to trial as soon as March

12  22, 2022.  The Parties are also available to commence trial on May 16, 2022.

13     3.     The Parties respectfully request that if the Court wishes to set trial for a

14  different date, that the Parties be ordered to participate in a brief trial readiness conference

15  with the Court for purposes of determining a suitable trial date for the Court and the

16  Parties.

17

18  DATED:  September 16, 2021          MEYERS NAVE

19

20                                   By:      /s/ David Mehretu

21                                        DAVID MEHRETU
                                          Attorneys for Defendants
22                                        CITY OF MODESTO AND DAVE
                                          WALLACE
23

24

25

26

27

28

1    DATED:  September 16, 2021      THE LAW OFFICES OF JOHN L. BURRIS

2

3

4                        By:       /s/ DeWitt M. Lacy

                               DEWITT M. LACY

5                                Attorneys for Plaintiff

                               JESSE MONTELONGO

6

7                    **Attestation of Concurrence In the Filing**

8        The filer, David Mehretu, attests that all other signatories listed on whose behalf

9 this filing is submitted concur in the filing's content and have authorized the filing.

10

11

12

   3876508.1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28