VINCENT CASTILLO, State Bar No. 209298
vcastillo@cmtrlaw.com
PATRICK MORIARTY, State Bar No. 213185
pmoriarty@cmtrlaw.com
JOHN B. ROBINSON, State Bar No. 297065
jrobinson@cmtrlaw.com
CASTILLO, MORIARTY, TRAN & ROBINSON
75 Southgate Avenue
Daly City, CA  94015
Telephone:      (415) 213-4098

Attorneys for Defendants
City of Modesto and Dave Wallace

LAW OFFICES OF JOHN L. BURRIS
JOHN L. BURRIS, Esq. (SBN 69888)
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com

LAW OFFICES OF JOHN L. BURRIS
DEWITT M. LACY, Esq. (SBN 258789)
K. CHIKE ODIWE, Esq. (SBN 315109)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, California 90212
Telephone: (310) 601-7070
Facsimile: (510) 839-3882
dewitt.lacy@johnburrislaw.com
chike.odiwe@johnburrislaw.com

Attorneys for Plaintiff
Jesse Montelongo

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE MONTELONGO, an individual; VICTORIA MONTELONGO, an individual; THERESA LOZANO, an individual; J.M., a minor, by and through his Guardian Ad Litem, RUBY MORALES; E.M., a minor, by and through his Guardian Ad Litem, RUBY MORALES; ALE. M., a minor by and through her Guardian Ad Litem, ADOLFO GONZALEZ; ALI. M., a minor by and through her Guardian Ad Litem, ADOLFO GONZALEZ; ALA. M., a minor by and through her Guardian Ad Litem, ADOLFO GONZALEZ, | Case No. 1:15-CV-01605-DAD-BAM<br><br>**STIPULATION TO SET SETTLEMENT CONFERENCE**<br><br>Hon. Dale A. Drozd |

Plaintiffs,

v.

The CITY OF MODESTO, a municipal corporation; DAVE WALLACE, individually and in his capacity as an officer for the CITY OF MODESTO Police Department; and DOES 1-25,

Defendants.

TO THE COURT AND ALL ATTORNEYS OF RECORD:

Plaintiff, JESSE MONTELONGO ("Plaintiff") and Defendants, CITY OF MODESTO AND DAVE WALLACE ("Defendants") by and through their respective counsel of record hereby stipulate for the purpose of jointly requesting that the Court set a settlement conference with Magistrate Judge Carolyn Delaney; as the parties have agreed to Judge Delaney.

1. WHEREAS, on March 16, 2023, the Court issued the Tentative Pretrial Order in this matter [Docket No. 125.] In said Order, the Court directed the parties to participate in a settlement conference with the assigned Magistrate Judge.

2. WHEREAS, the parties reached out to the assigned Magistrate, Judge Barbara A. McAuliffe. Judge McAuliffe's clerk informed the parties that, "Judge McAuliffe does not hold settlement conference in her own cases. Our chambers typically reaches out to another magistrate judge to obtain settlement conference dates. Please note the judge's have limited availability as we are currently setting settlement conferences in July. I have reached out to another magistrate judge and they are available on the dates listed below: May 15, 2023 at 11:30AM May 17, 2023 at 11:30 AM."

3. WHEREAS, the parties have selected Judge Carolyn K. Delaney to conduct the settlement conference.

4. WHEREAS, the parties reached out to Judge Delaney's clerk and requested available settlement conference dates. Judge Delaney provided April 7, 2023 as an available date for settlement conference.

CASTILLO, MORIARTY, TRAN & ROBINSON, LLP
75 Southgate Avenue
Daly City, California 94015

5. WHEREAS, the parties stipulate to set the settlement conference before Judge Delaney on April 7, 2023 at 9:30 a.m.

**IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendants, by and through their respective counsel, that:

The April 7, 2023 settlement conference be set before Judge Carolyn K. Delaney.

Respectfully submitted,

Dated:  March 28, 2023          CASTILLO, MORIARTY,
                                TRAN & ROBINSON, LLP


                                By:  */s/ Patrick Moriarty*
                                   VINCENT CASTILLO
                                   PATRICK MORIARTY
                                   JOHN B. ROBINSON
                                   Attorneys for Defendants
                                   CITY OF MODESTO AND DAVE
                                   WALLACE

Dated:  March 28, 2023          THE LAW OFFICES OF JOHN L. BURRIS


                                By:  */s/ Lena Andrews*
                                    JOHN L. BURRIS
                                    DEWITT M. LACY
                                    LENA ANDREWS
                                    Attorneys for Plaintiff

# **ORDER**

Pursuant to the stipulation of the parties, this case is now scheduled for a court-supervised settlement conference before U.S. Magistrate Judge Carolyn K. Delaney on April 7, 2023 at 9:30 a.m.

IT IS SO ORDERED.

Dated: **March 28, 2023**

_____
UNITED STATES DISTRICT JUDGE